**HOXSEY CANCER CLINIC, a Partnership, and Harry M. Hoxsey, an Individual, Appellants,**

v.

**UNITED STATES of America, Appellee.**

**No. 14870.**

United States Court of Appeals
Fifth Circuit.

May 14, 1954.

Lee Williams, Oklahoma City, Okl., James H. Martin, Dallas, Tex., Gene Bailey, Dallas, Tex., for appellants.

William O. Braecklein, Asst. U. S. Atty., Dallas, Tex., John T. Grigsby, Atty., Dept. of Justice, William W. Goodrich, Asst. Gen. Counsel, Washington, D. C., Dept. of Health Welfare, Warren Olney III, Asst. Atty. Gen., Heard L. Floore, U. S. Atty., Fort Worth, Tex., Selma M. Levine, Attorney Department of Health, Education, and Welfare, Washington, D. C., of counsel, for appellee.

Before HUTCHESON, Chief Judge, HOLMES, Circuit Judge, and WRIGHT, District Judge.

PER CURIAM.

The appeal is dismissed on the authority of Amalgamated Ass'n, etc. v. Southern Bus Lines, 5 Cir., 201 F.2d 53, and cases cited in it.

**Estelle L. McDEVITT, Executrix of Estate of George A. McDevitt, Deceased, Petitioner,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent (two cases).**

**Estelle L. McDEVITT, Executrix of Estate of George A. McDevitt, Deceased, and Estelle L. McDevitt, Individually, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**Nos. 180–182, Dockets 22792–22794.**

United States Court of Appeals
Second Circuit.

Argued May 7, 1954.

Decided May 13, 1954.

Joseph Lorenz, New York City (Lorenz, Finn & Nobiletti, New York City, on the brief), for petitioners.

Carolyn R. Just, Sp. Asst. to Atty. Gen., Washingon, D. C. (H. Brian Holland, Asst. Atty. Gen., and Ellis N. Slack, Sp. Asst. to Atty. Gen., Washington, D. C., on the brief), for respondent.

Before CLARK, FRANK and MEDINA, Circuit Judges.

PER CURIAM.

Each of the three cases herein is affirmed on the opinion of Judge Raum in the Tax Court.